**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DUSTIN WESTBERRY,

    Plaintiff,

v.                              Case No.  8:11-cv-1735-T-30TGW

WILLIAM JOULE MARINE TRANSPORT,
INC. and WILLIAM JOULE,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Joint Stipulation for Dismissal Without Prejudice (Dkt. #8). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 3, 2012.

                                              JAMES S. MOODY, JR.
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1735.dismiss 8.wpd